| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 17-18122<br>District of Maryland<br>Greenbelt<br>Mon Feb 14 11:17:22 EST 2022 | US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>John P. Fitzgerald, III<br>Acting U.S. Trustee for Region 4<br>Greenbelt, MD 20770-6305 | Allstate Insurance Company<br>PO Box 4303<br>Carol Stream, IL 60197-4303 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 |
| Department of Motor Vehicles<br>Adjudication Services<br>Correspondence<br>P.O. Box 37135<br>Washington, DC 20013-7135 | Dimension Healthcare System<br>14999 Health Center Drive<br>Bowie, MD 20716-1074 | District of Columbia Government<br>Office of Tax and Revenue<br>PO Box 37559<br>Washington, DC 20013-7559 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | MVA<br>Insurance Compliance Division<br>6601 Ritchie Highway, N.E.<br>Glen Burnie, MD 21062-1000 |
| NRL Federal Credit Union<br>5440 Cherokee Ave.<br>Suite 200<br>Alexandria, VA 22312-2374 | Navy Fcu<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Navy Federal Cr Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 |
| Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Cu<br>One Security Place<br>Merrifield, VA 22119-0001 |
| Nrl Fcu<br>5440 Cherokee Avenue<br>Alexandria, VA 22312-2372 | Nrl Federal Credit Uni<br>5440 Cherokee Ave Ste 20<br>Alexandria, VA 22312-2372 | Prince George's Community Federal Credi<br>c/o Silverman Theologou, LLP<br>11200 Rockville Pike, Suite 520<br>North Bethesda, MD 20852-7105 |
| Prince George's County Health Dept<br>1701 McCormick Drive<br>Client Information Services<br>Upper Marlboro, MD 20774-5329 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 | Prince Georges Comm Fc<br>15201 Hall Rd<br>Bowie, MD 20721-3307 |
| Sheila Delaney<br>4623 Hunt Place NE<br>Washington DC 20019-3619 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Janet M. Nesse<br>McNamee, Hosea, et.al.<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD 20770-1405 | Joseph Brown<br>4638 Governor Kent Court<br>Upper Marlboro, MD 20772-5900 | Robert Grossbart<br>Grossbart, Portney & Rosenberg<br>One Charles Center<br>100 North Charles Street, 20th floor<br>Baltimore, MD 21201-3896 |

Rowena N Nelson
Law Office of Rowena N. Nelson, LLC
1801 McCormick Drive
Suite 150
Largo, MD 20774-5326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll Street<br>Annapolis, MD 21411 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Lendmark Financial Services<br>2118 Usher St<br>Covington, GA 30014 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Suburban Credit Corp

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31